UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30014-MAP

| | |
|---|---|
| THE MERCY HOSPITAL, INC.,  )<br>  Plaintiff      )<br>            )<br>v.             )<br>            )<br>MASSACHUSETTS NURSES )<br>ASSOCIATION,      )<br>  Defendant     )   | **JOINT STATEMENT** |

A.   AUTOMATIC DISCLOSURES:

Automatic disclosures are to be made on or before May 10, 2004.

B.   DISCOVERY PLAN:

The parties propose that any discovery, without phasing, shall be completed by June 1, 2004.

C.   MOTIONS:

All motions for summary judgment, or other dispositive motions, shall be made by July 1, 2004. Response to any such motion shall be made by August 1, 2004.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| BY ITS ATTORNEY | BY ITS ATTORNEY |
| *[signature]* | *[signature]* |
| Maurice M. Cahillane, Esq. | Mark A. Hickernell, Esq. |
| EGAN, FLANAGAN AND COHEN, P.C. | MCDONALD & ASSOCIATES |
| 67 Market Street - Post Office Box 9035 | 153 Cardaville Road, Suite 210 |
| Springfield, MA 01102 | Southborough, MA 01772 |
| (413) 737-0260; Fax: (413) 737-0121 | (617) 928-0080; Fax: (617) 928-0081 |
| BBO# 069660 | BBO#638005 |

0423-020804\67887.wpd

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 21st day of April, 2004, on all parties, by First Class Mail, postage prepaid, to Mark A. Hickernell, Esq., McDonald & Associates, 153 Cardaville Road, Suite 210, Southborough, MA 01772.

_____
Maurice M. Cahillane, Esq.

0423-020804\67887.wpd