UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30014-MAP

| | |
|---|---|
| MERCY HOSPITAL )  | |
|     Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| MASS. NURSES ASSOCIATION ) | |
|     Defendant(s) ) | |

CERTIFICATION

    I hereby certify that I represent the Mercy Hospital in this case and have conferred with my client to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs with as those outlined in Local Rule 16.4.

Dated: 4/13/04

/s/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

0423-020804\67367.wpd