UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE MERCY HOSPITAL, INC.,        )
               Plaintiff   )
                               )
    v.                         )   Civil Action No. 04-30014-MAP
                               )
                               )
MASSACHUSETTS NURSES        )
ASSOCIATION,        )
               Defendant   )

SCHEDULING ORDER
April 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held April 23, 2004:

1. Plaintiff shall files its motion to vacate arbitration award by June 15, 2004.

2. Defendant shall file its opposition to Plaintiff's motion, together with a cross-motion to enforce the arbitration award by July 2, 2004, to which Plaintiff may respond by July 19, 2004.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge