UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| The Mercy Hospital, Inc.,<br>    Plaintiff<br><br>v.<br><br>Massachusetts Nurses Association,<br>    Defendant | Civ. No. 04-30014-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, undersigned counsel for the Defendant Massachusetts Nurses Association in the above-captioned matter, hereby certify that I have conferred with my client regarding a budget for the costs of conducting the full course of litigation in this matter, and regarding alternative courses to the litigation, as well as the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              Respectfully submitted on
                              behalf of the Defendant,

                              Massachusetts Nurses Association,

                              By its attorneys,

                              _____
                              Alan J. McDonald, BBO #330960
                              Mark A. Hickernell, BBO #638005
                              McDonald & Associates
                              Cordaville Office Center
                              153 Cordaville Road, Suite 210
                              Southborough, MA 01772
                              Tel. (508) 485-6600

Dated:    April 26, 2004