UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30014-MAP

| | |
|---|---|
| THE MERCY HOSPITAL, INC., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS NURSES )<br>ASSOCIATION, )<br>      Defendant ) | MOTION FOR EXTENSION OF TIME<br>FOR FILING OF SUMMARY<br>JUDGMENT MOTION AND BRIEF |

      Now comes the plaintiff and moves for additional time to file its Motion for Summary Judgment and as grounds therefor states:

1.     Counsel for the plaintiff was called for two consecutive trials in Hampden County Superior Court this week (Blankenship vs. Integrated Travel Solutions, Inc. and Hodge vs. Roman Catholic Bishop of Springfield) and the second trial was scheduled to commence today, June 10, 2004. Argument on motions began but have been delayed until Tuesday, June 15th, at which time the trial could recommence. The brief is presently scheduled to be due on June 15th. Counsel also has a vacation scheduled between June 21 and June 26 and, therefore, requests an extension of time until June 30, 2004, to file his motion.

                                            THE PLAINTIFF
                                            BY ITS ATTORNEY

                                            Maurice M. Cahillane, Esq.
                                            EGAN, FLANAGAN AND COHEN, P.C.
                                            67 Market Street - Post Office Box 9035
                                            Springfield, MA 01102
                                            (413) 737-0260; Fax: (413) 737-0121
                                            BBO# 069660

0423-020804\71053.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 10th day of June, 2004, on all parties, by First Class Mail, postage prepaid, to:

Mark A. Hickernell, Esquire
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772

Maurice M. Cahillane

0423-020804\71053.wpd