UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30014-MAP

| | |
|---|---|
| THE MERCY HOSPITAL, INC., )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>MASSACHUSETTS NURSES )<br>ASSOCIATION, )<br>      Defendant ) | **MOTION TO VACATE ARBITRATION AWARD** |

    Now comes the plaintiff and moves that the Court vacate the arbitration award for the reasons cited in the attached Brief.

THE MERCY HOSPITAL, INC.
BY ITS ATTORNEY

/s/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served this 30th day of June, 2004, on all parties, by First Class Mail, postage prepaid, to: Mark A. Hickernell, Esq., McDonald & Associates, 153 Cordaville Road, Suite 210, Southborough, MA 01772

/s/ Maurice M. Cahillane
Maurice M. Cahillane

0423-020804\72228.wpd