UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

THE MERCY HOSPITAL, INC.,

  Plaintiff

v.                                                  Civ. No. 04-30014-MAP

MASSACHUSETTS NURSES
ASSOCIATION,

  Defendant

### DEFENDANT'S CROSS-MOTION TO CONFIRM ARBITRATION AWARD

Now comes the Defendant, Massachusetts Nurses Association, and respectfully requests that the Court deny the Plaintiff's Motion to Vacate the at-issue arbitration award, and further that the Court confirm the arbitration award, granting such other and further relief as justice requires.

                              Respectfully submitted,

                              On behalf of the Defendant

                              Massachusetts Nurses Association

                              By its attorney

                              _____
                              Mark A. Hickernell, BBO #635008
                              McDonald & Associates
                              153 Cordaville Road, Suite 210
                              Southborough, MA 01772
                              (508) 485-6600

Date: July 23, 2004

## CERTIFICATE OF SERVICE

I, Mark A. Hickernell, hereby certify that I have this day by first-class mail, postage prepaid, served a copy of the foregoing Defendant's Cross-Motion To Confirm Arbitration Award upon Maurice M. Cahillane, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, Massachusetts 01102-9035.

Dated: July 23, 2004

Mark A. Hickernell