UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE MERCY HOSPITAL, INC.,

    Plaintiff

v.

MASSACHUSETTS NURSES ASSOCIATION,

    Defendant

Civ. No. 04-30014-MAP

## AFFIDAVIT OF MARK A. HICKERNELL

I, Mark A. Hickernell, do hereby swear and affirm as follows:

1. My name is Mark A. Hickernell. I represent the Massachusetts Nurses Association in this matter as well as in the arbitration of the underlying grievance.

2. Attached as Exhibit 1 hereto is the collective bargaining agreement introduced in evidence at arbitration.

3. Attached as Exhibit 2 hereto is the Hospital's Medication Events and Adverse Drug Reactions policy introduced in evidence at arbitration.

Signed under the pains and penalties of perjury.

Date: July 23, 2004

_____
Mark A. Hickernell