✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

| | |
|---|---|
| MERCY HOSPITAL, INC. | **NOTICE** |
| V. | |
| MASSACHUSETTS NURSE ASSOCIATION | CASE NUMBER: 04-30014-MAP |

TYPE OF CASE:

☒ CIVIL            ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | October 13, 2004, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON [11] MOTION TO VACATE ARBITRATION AWARD and
[15] MOTION TO CONFIRM ARBITRATION AWARD

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 16, 2004                              /s/ *Bethaney A. Healy*

DATE                                                        (BY) DEPUTY CLERK

TO:    All Counsel of Record