UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MERCY HOSPITAL, INC., ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 04-30014-MAP |
| ) | |
| MASSACHUSETTS NURSES ) | |
| ASSOCIATION, ) | |
| Defendant ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE PLAINTIFF'S OBJECTION**

Now comes the plaintiff, Mercy Hospital, and opposes the defendant's Motion to Strike for the reasons stated below:

1. The objection filed by the plaintiff is not untimely. The filing on February 2, 2005, was in accordance with the court's own order. On the electronic transmittal, the order stated that the date the objections were due was February 2, 2005 (Exh. 1). Counsel called court clerk Bethany Healy to double check that this was the correct date and received a voice mail in return that February 2, 2005, was the correct date and that the court was computing the time under *Fed. R. Civ. P. 6(a)* and the additional time under *Fed. R. Civ. P. 6(e)*. Adding three days, as per *Fed. R. Civ. P. 6(e)*, together with the excluded holidays and weekends, results in a date of February 2, 2005. Even if the court's interpretation had been incorrect, the court has the power to set the time for the response. See *Fed. R. Civ. P. 6(b)*.

2.  There are no grounds to strike any portion of the plaintiff's submission. The "record" referred to in *Fed. R. Civ. P. 72(b)* is a reference to "all evidentiary proceedings before the magistrate judge." *Fed. R. Civ. P. 72(b)*. There was no evidentiary proceeding in this case and no other record was made. The ruling in question was essentially identical to a motion for summary judgment. Plaintiff only included in the record items placed before the Magistrate Judge. Their relevance is discussed in plaintiff's submission. It is certainly within the court's discretion to determine whether the exhibits are relevant and to rule accordingly.

THE PLAINTIFF, THE MERCY HOSPITAL, INC.
BY ITS ATTORNEY

Dated: March 4, 2005

*Maurice M. Cahillane*
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 4thnd day of March, 2005, on all parties, by Fax and First Class Mail, to: Mark A. Hickernell, Esq., McDonald & Associates, 153 Cordaville Road, Suite 210, Southborough, MA 01772

*Maurice M. Cahillane*
Maurice M. Cahillane

0423-020804\86424.wpd

Patricia A. Reiss

EXHIBIT A

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| ent: | Thursday, January 13, 2005 10:36 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 3:04-cv-30014-MAP The Mercy Hospital, Inc. v. Massachusetts Nurse Association "Report and Recommendations" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' --> United States District Court District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 1/13/2005 at 10:36 AM EST and filed on 1/13/2005
#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$' Case Name: The Mercy Hospital, Inc. v. Massachusetts Nurse Association Case Number: 3:04-cv-30014 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90324

Document Number: 23
Copy the URL address from the line below into the location bar of your Web browser to view the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?23,90324,,30055556,

Docket Text:
Judge Kenneth P. Neiman : Electronic ORDER entered. REPORT AND RECOMMENDATIONS re [11] MOTION to Vacate filed by The Mercy Hospital, Inc.,, [15] MOTION to confirm arbitration award filed by Massachusetts Nurse Association, Recommendation: that the plaintiff's motion to vacate be DENIED and that the defendant's motion to confirm be ALLOWED. Objections to R&R due by 2/2/2005(Stuckenbruck, John)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=1/13/2005] [FileNumber=814950-0]
12a3a2d7c85aab03325e13f225d1dc068bac9e21bb72e38adb03213ce34c145bcfe672fdd92e12df1f1447db9b
f15ded56fa1895c0cb6bc7b932abbbfd8e98006]]

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' --> 3:04-cv-30014 Notice will be electronically mailed to:
Maurice M. Cahillane                                                                              , Jr
mmcahillane@eganflanagan.com

Mark A. Hickernell
mhickernell@masslaborlawyers.com

Alan J. McDonald
                                                                            amcdonald@masslaborlawyers.com

3:04-cv-30014 Notice will not be electronically mailed to:

1