# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

THE MERCY HOSPITAL, INC.,

   Plaintiff(s)

        v.　　　　　　　　　　　CIVIL ACTION NO. 3:04-30014-MAP

MASSACHUSETTS NURSING ASSOCIATION,

   Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Massachusetts Nursing Association., against the plaintiff The Mercy Hospital, Inc., pursuant to the court's memorandum order entered this date, granting the defendant's motion to confirm the arbitration award.

　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:  March 9, 2005　　　　　　　By  /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment.wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　[jgm.]