UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MERCY HOSPITAL, INC., | ] |
| Plaintiff | ] |
| vs. | ] Civil Action No. 04-30014-MAP |
| MASSACHUSETTS NURSES ASSOCIATION, | ] |
| Defendant | ] |

### NOTICE OF APPEAL

Notice is hereby given that Mercy Hospital, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment and Decision of the court entered in this action on the 9th day of March, 2005.

THE MERCY HOSPITAL, INC.
BY ITS ATTORNEY,

Dated: April 5, 2005

Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 5th day of April, 2005, on all parties, by First Class Mail, postage prepaid, to: Mark A. Hickernell, Esq., McDonald & Associates, 153 Cordaville Road, Suite 210, Southborough, MA 01772

Maurice M. Cahillane

0423-020804\88295.wpd