# United States Court of Appeals
## For the First Circuit

No. 05-1525



THE MERCY HOSPITAL, INC.,

Plaintiff, Appellant,

v.

MASSACHUSETTS NURSES ASSOCIATION,

Defendant, Appellee.

### JUDGMENT

Entered: November 21, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: DEC 12 2005

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Cahillane, Mr. McDonough, Mr. McDonald, & Mr. Hickernell.]